IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GREG HALE,** *Individually and* **PLAINTIFFS**
*On Behalf of All Others Similarly Situated*, *et al.*

v.   CASE NO. 3:22-CV-00117-BSM
     CASE NO. 3:22-CV-00123-BSM
     CASE NO. 3:22-CV-00140-BSM
     CASE NO. 4:22-CV-00454-BSM
     CASE NO. 4:22-CV-00571-BSM

**ARCARE**   **DEFENDANT**

**ORDER**

The joint motions to consolidate in *Greg Hale v. ARcare*, 3:22-cv-00117-BSM [Doc. Nos. 5, 16], *Alicia Gilmore v. Arcare Inc.*, 3:22-cv-00123-BSM [Doc. Nos. 3, 19], *Michael Whitkanack v. ARcare*, 3:22-cv-00140-BSM [Doc. Nos. 5, 14], *Jessica White v. ARcare*, 4:22-cv-00454-BSM [Doc. Nos. 5, 24], and *Melissa Johnson v. ARcare,* 4:22-cv-00571-BSM [Doc. No. 9] are granted. *See* Fed. R. Civ. P. 42. All future filings should be filed in *Hale v. ARcare*, Master File No. 3:22-cv-00117-BSM. The motion to stay in *Whitkanack v. ARcare*, 3:22-cv-00140-BSM [Doc. No. 4] is denied as moot.

The motions to appoint interim co-lead class counsel and liaison in *Hale v. ARcare,* 3:22-cv-00117-BSM [Doc. No. 6] and *Gilmore v. ARcare Inc.,* 3:22-cv-00123-BSM [Doc. No. 4] are granted.

IT IS SO ORDERED this 1st day of March, 2023.

UNITED STATES DISTRICT JUDGE