IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GREG HALE, ALICIA GILMORE,
MICHAEL WHITKANACK, AND JESSICA WHITE,
on behalf of themselves and all others similarly situated        PLAINTIFFS

VS.                        CASE NO.: 3:22-CV-117-BSM

ARCARE, INC.                                                      DEFENDANT

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, ARcare, Inc. ("Defendant"), for its unopposed motion to extend time to answer or otherwise respond to complaint, states as follows:

1. On June 2, 2023, Plaintiffs' filed their consolidated class action complaint.

2. Defendant's current deadline to answer or otherwise respond is July 3, 2023.

3. Defendant seeks an extension up to and including July 26, 2023, within which to answer or otherwise respond to Plaintiffs' complaint.

4. Counsel for Defendant has conferred with counsel for Plaintiffs about the requested extension. Plaintiffs' counsel does not oppose Defendant's requested extension.

5. In light of the facts and the agreement of the parties, good cause exists for the requested extension.

6. The is motion is not being made for undue delay or any other improper purpose.

WHEREFORE, defendant, ARcare, Inc., respectfully requests the Court enter an order extending its deadline to answer or otherwise respond to Plaintiffs' consolidated class action complaint up to and including July 26, 2023, and for all other relief.

Scott A. Irby (99192)
Gary D. Marts, Jr. (2004116)
Andrea L. Kleinhenz (2021216)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
sirby@wlj.com; gmarts@wlj.com;
akleinhenz@wlj.com

Matthew Freedus (D.C. Bar # 475887)*
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
(202) 466-8960;
FAX: (202) 293-8103
mfreedus@feldesemantucker.com
*Admitted pro hac vice

*Attorneys for Defendant ARcare, Inc.*
