UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| GREG HALE, ALICIA GILMORE, MICHAEL WHITKANACK, and JESSICA WHITE, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>ARCARE, INC.,<br><br>Defendant. | Case No. 3:22-cv-117-BSM<br><br>**RULE 26(F) REPORT** |

The parties/counsel identified below participated in the meeting required by Fed. R. Civ. P. 26(f) and the Local Rules on April 6, 2023 and prepared the following report.

Phil Krzeski and Bryan L. Bleichner on behalf of Plaintiffs Greg Hale, Alicia Gilmore, Michael Whitkanack, and Jessica White and the Putative Rule 23 Class.

Scott Irby on behalf of Defendant ARCARE, Inc. Defendant believes that this case should be stayed under 42 U.S.C. § 233(l)(2) until the court has held a hearing on whether to substitute the United States as the defendant in this action and entered an order on that issue. Defendant will file a motion to stay the action laying out its legal arguments contemporaneously with the filing of this report. Defendant participated in the Rule 26(f) conference and report because it was required but believes that the Court should not set any deadlines until the stay issue is resolved. Defendant therefore incorporates this statement as an objection into each numbered category contained in this report.

1. **Any changes in timing, form, or requirements of initial disclosures under Fed. R. Civ. P. 26(a).**

None

2. **Date when initial disclosures were or will be made.**

   On or before August 11, 2023.

3. **Subjects on which discovery may be needed.**

   - All of the elements of Plaintiffs' claims and Defendants' defenses to those claims;
   - Issues related to Rule 23 certification; and
   - Damages.

4. **Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:**

   a) **whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;**

   The parties anticipate that disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business.

   b) **the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;**

   Unknown at this time.

   c) **the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;**

   The parties will prepare an ESI protocol to be submitted to the Court no later than August 25, 2023.

   d) **whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;**

   The parties have been made aware of the need to maintain the relevant records taken in the ordinary course of business.

   e) **other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.**

   None known at this time.

5. **Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.**

The parties' consent to the electronic service of all documents that require service on an opposing party, including but not limited to Initial Disclosures, Interrogatories, Requests for Production of Documents, Requests for Admissions, and Notices of Deposition, as well as Responses to Interrogatories, Requests for Production of Documents, and Requests for Admission, at the primary e-mail address at which each attorney of record receives ECF filings in this case. The parties agree that discovery may be signed by e-signature rather than by hand. The parties agree to produce and deliver paper or electronic copies of any documents which would ordinarily be produced subject to Federal Rules of Civil Procedure 26 or 34.

6. **Any Orders, e.g., protective orders which should be entered.**

    The parties reserve the right to seek a protective order as discovery progresses.

7. **Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.**

    None at this time.

8. **Any objections to proposed trial date.**

    The parties request the Court set a trial date after it rules on Plaintiff's forthcoming motion for class certification.

9. **Proposed deadline for joining other parties and amending the pleadings.**

    November 17, 2023

10. **Proposed deadline for Completing Discovery.**

    January 24, 2024

11. **Proposed Deadline for Filing motion for Class Certification.**

    August 23, 2024

12. **Proposed deadline for filing motions other than motions for class certification.**

    March 7, 2025

Respectfully submitted,

Josh Sanford (Ark. Bar No. 2001037)
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza

10800 Financial Centre. Pkwy., Ste. 510
Little Rock, Arkansas, 72211
Phone: (501) 221-0088
Fax: (888) 787-2040
*Josh@sanfordlawfirm.com*

*Interim Liaison Counsel*

Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (*pro hac vice* forthcoming)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Jean Martin (admitted *pro hac vice*)
Francesca Kester Burne (admitted *pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Phone: (813) 559-4908
Jean.martin@forthepeople.com
fkester@forthepeople.com

*Interim Lead Counsel*

Joseph M. Lyon *(admitted pro hac vice)*
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
Email: *jlyon@thelyonfirm.com*

Terence R. Coates (*pro hac vice* forthcoming)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*

Gary M. Klinger (*admitted pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

Christopher D. Jennings (Ark. Bar No. 2006306)
Nathan I. Reiter III (Ark Bar No. 202125)
**JOHNSON FIRM**
610 President Clinton Ave., Ste. 300
Little Rock, Arkansas 72201
Telephone: (501) 372-1300
Facsimile: (888) 505-0909
*chris@yourattorney.com*
*nathan@yourattorney.com*

William B. Federman
(*pro hac vice* application forthcoming)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
Phone: (405) 235-1560
Fax: (405) 239-2112
*wbf@federmanlaw.com*

Nicholas A. Migliaccio (*pro hac vice* forthcoming)
Jason Rathod (*pro hac vice* forthcoming)
Kevin Leddy (*pro hac vice* forthcoming)
**MIGLACCIO & RATHOD, LLP**
412 H. Street NE
Washington, D.C. 20002
Phone: 202-470-3520
*nmigliaccio@classlawdc.com*

Joseph Gates (Ark. Bar No. 2010239)
**GATES LAW FIRM, PLLC**
6020 Ranch Blvd., Ste. C-4, Office #3
Little Rock, AR 72223
Phone: (501) 779-8091
*Gates@gateslawpllc.com*

*Counsel for Plaintiffs and the Proposed Class*

/s/ Gary D. Marts, Jr.
Scott A. Irby (99192)

Gary D. Marts, Jr. (2004116)
Andrea L. Kleinhenz (2021216)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
sirby@wlj.com; gmarts@wlj.com;
akleinhenz@wlj.com

*Counsel for Defendant*