IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GREG HALE, ALICIA GILMORE,
MICHAEL WHITKANACK, AND JESSICA WHITE,
on behalf of themselves and all others similarly situated           PLAINTIFFS

VS.                          CASE NO.: 3:22-CV-117-BSM

ARCARE, INC.                                                          DEFENDANT

## MOTION TO SUBSTITUTE THE UNITED STATES
## OR, IN THE ALTERNATIVE, MOTION TO DISMISS

Defendant ARcare, Inc. to substitute the United States as the defendant in this case or, in the alternative, to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim because ARcare is a federally supported health center entitled to immunity from Plaintiffs' claims under 42 U.S.C. § 233 *et seq*.

ARcare supports this motion with the attached Exhibit 1 (Notices of Deeming Action) and a contemporaneously filed brief.

WHEREFORE, ARcare, Inc. requests that the Court either substitute the United States in its place or, in the alternative, dismiss it from the case, along with all other proper relief.

Scott A. Irby (99192)
Gary D. Marts, Jr. (2004116)
Andrea L. Kleinhenz (2021216)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
sirby@wlj.com;
gmarts@wlj.com;
akleinhenz@wlj.com

Matthew Freedus (D.C. Bar # 475887)*
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
(202) 466-8960;
FAX: (202) 293-8103
mfreedus@feldesemantucker.com

*Admitted pro hac vice*

*Attorneys for Defendant ARcare, Inc.*