

**U.S. Department of Justice**

United States Attorney
Eastern District of Arkansas

| | |
|---|---|
| 425 West Capitol Avenue, Suite 500 | (501) 340-2600 |
| Post Office Box 1229 | |
| Little Rock, Arkansas 72203-1229 | |

September 18, 2023

**<u>Sent Via Electronic Mail</u>**
Matthew Sidney Freedus
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, N.W., 4th Floor
Washington, Dc 20036
Mfreedus@ftlf.com

Andrea L. Kleinhenz
Wright, Lindsey & Jennings
3333 Pinnacle Hills Parkway, Suite 510
Rogers, AR 72758-8960
Akleinhenz@wlj.com

Gary D. Marts, Jr.
Scott Andrew Irby
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Gmarts@wlj.com
Sirby@wlj.com

      Re:    *Hale et al. v. ARcare, Inc.,* Case No. 3:22-CV-117, U.S. District Court for the
               Eastern District of Arkansas

Dear Counsel:

      This office has received your request that the United States seek to intervene and substitute itself in place of ARcare, Inc., pursuant to 42 U.S.C. § 233. Based on the available information, the above-referenced action is not one "for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions." *See* 42 U.S.C. § 233 (a). Accordingly, pursuant to 28 C.F.R. § 15.4, your request is denied.

Sincerely,

JONATHAN D. ROSS
United States Attorney

Shannon S. Smith
Assistant United States Attorney

cc:     Bryan L. Bleichner (Bbleichner@chestnutcambronne.com)
        Gary M. Klinger (Gklinger@milberg.com)
        William B. Federman (Wbf@federmanlaw.com)
        Joseph M. Lyon (Jlyon@thelyonfirm.com)
        Joshua Sanford (Josh@sanfordlawfirm.com)
        Joseph D. Gates (Gates@gateslawpllc.com)
        Christopher D. Jennings (Chris@yourattorney.com)
        Francesca Kester Burne (Fkester@forthepeople.com)
        Jean Sutton Martin (Jeanmartin@forthepeople.com)
        Nathan Irving Reiter, III (Nathan@reiterlaw.com)
        Anthony L. Parkhill (Aparkhill@barnowlaw.com)
        Gary E. Mason (Gmason@masonllp.com)
        Shawn Bradley Daniels (Shawn@danielsfirm.com)