## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GREG HALE, ALICIA GILMORE,**
**MICHAEL WHITKANACK, AND JESSICA WHITE,**
**on behalf of themselves and all others similarly situated**                                     **PLAINTIFFS**

**v.**                                     **No. 3:22-CV-117 BSM**

**ARCARE, INC.**                                     **DEFENDANT**

### NOTICE OF APPEARANCE

The undersigned counsel, Shannon S. Smith, Assistant United States Attorney, Eastern District of Arkansas, hereby enters her limited appearance on behalf of United States of America for purposes of filing its Notice to the Court.

Respectfully submitted,

Jonathan D. Ross
United States Attorney
Eastern District of Arkansas

By:   SHANNON S. SMITH
Arkansas Bar No. 94172
Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
shannon.smith@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on September 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that on said date, I sent by U.S. Mail a copy of this filing to:

Bryan L. Bleichner
Chestnut Cambronne PA
100 Washington Avenue South Suite 1700
Minneapolis, MN 5540
Bbleichner@chestnutcambronne.com

Gary M. Klinger
Milberg Coleman Bryson Phillips Grossman PLLC
227 West Monroe Street Suite 2100
Chicago, IL 60606
Gklinger@milberg.com

William B. Federman
Federman & Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Wbf@federmanlaw.com
Joseph M. Lyon
The Lyon Firm, LLC
2754 Erie Avenue
Cincinnati, OH 45208
Jlyon@thelyonfirm.com

Joshua Sanford
Sanford Law Firm, PLLC
Kirkpatrick Plaza, Suite 510 10800 Financial Centre Parkway
Little Rock, AR 72211
Josh@sanfordlawfirm.com

Joseph D. Gates
Gates Law Firm, PLLC
2725 Cantrell Road Suite 105
Little Rock, AR 72202
USA
Gates@gateslawpllc.com

Christopher D. Jennings
Johnson Firm
610 President Clinton Avenue Suite 300
Little Rock, AR 72201
Chris@yourattorney.com

Francesca Kester Burne
Morgan & Morgan, P.A.
One Tampa City Center 201 North Franklin Street Suite 700
Tampa, FL 33602
Fkester@forthepeople.com

Jean Sutton Martin
Morgan & Morgan Complex Litigation Group
201 North Franklin Street Suite 700
Tampa, FL 33602
 Jeanmartin@forthepeople.com

Nathan Irving Reiter, III
Johnson Firm
610 President Clinton Avenue Suite 300
Little Rock, AR 72201
Nathan@reiterlaw.com

Anthony L. Parkhill
Barnow and Associates, P.C.
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Aparkhill@barnowlaw.com

Gary E. Mason
Mason LLP
5335 Wisconsin Avenue NW Suite 640
Washington, DC 20015
Gmason@masonllp.com

Shawn Bradley Daniels
Daniels Law Firm, PLLC
129 West Sunbridge Drive
Fayetteville, AR 72703
Shawn@danielsfirm.com

Matthew Sidney Freedus
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, N.W., 4th Floor
Washington, Dc 20036
Mfreedus@ftlf.com

Andrea L. Kleinhenz
Wright, Lindsey & Jennings
3333 Pinnacle Hills Parkway, Suite 510
Rogers, AR 72758-8960
Akleinhenz@wlj.com

Gary D. Marts, Jr.
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Gmarts@wlj.com

Scott Andrew Irby
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Sirby@wlj.com

                    By: SHANNON S. SMITH
                        Bar No. 94172
                        Assistant U.S. Attorneys
                        P.O. Box 1229
                        Little Rock, AR 72203
                        (501) 340-2600
                        shannon.smith@usdoj.gov