UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **GREG HALE, ALICIA GILMORE, MICHAEL WHITKANACK, AND JESSICA WHITE,** on behalf of themselves and all others similarly situated,<br><br>                                      Plaintiffs,<br>v.<br>**ARCARE, INC.,**<br><br>                                      Defendant. | Case No. 3:22-CV-00117-BSM<br><br>Judge Brian S. Miller<br><br><br>**PLAINTIFFS' NOTICE OF POSITION REGARDING AUTOMATIC STAY OF U.S.C. 233(l)(2)** |

On July 7, 2023, Defendant ARcare, Inc. ("ARcare") filed a motion to stay the above-captioned matter pending a threshold immunity determination – i.e., whether the United Staes of America should be substituted as the proper defendant in this case. *See* ECF No. 24. In the wake of the government's declination to enter this case, ARcare now has requested the Court's intervention to require the substitution of the United States as the defendant. *See* ECF Nos. 25-27, 29.

Given the nature of the controversy and statements made in the papers filed to date, Plaintiffs hereby file this notice explaining their position. Because Plaintiffs have not had an opportunity to take any meaningful discovery, particularly as to this issue, Plaintiffs cannot take an informed position as to whether the ARcare or the United States is the appropriate Defendant and therefore take no position at this time.

ARcare previously filed a Motion to Stay pursuant to 42 U.S.C. § 233(*l*)(2) to stay all deadlines in this matter until the Court makes a determination as to the substitution of the United States as the Defendant. (ECF No. 23), which Plaintiffs did not oppose. Consistent with that

1

motion, on which the Court has not yet ruled, Plaintiffs, respectfully request that this threshold issue be decided by the Court first, and, then, Plaintiffs be permitted a reasonable time to respond to ARcare's alternative Motion to Dismiss, depending naturally on the outcome of ARcare's Motion to Substitute the United States (ECF No. 25).

Dated: October 17, 2023

                                            Respectfully submitted,

                                            /s/ *Josh Sanford*
                                            Josh Sanford (Ark. Bar No. 2001037)
                                            **SANFORD LAW FIRM, PLLC**
                                            Kirkpatrick Plaza
                                            10800 Financial Centre. Pkwy., Ste. 510
                                            Little Rock, Arkansas, 72211
                                            Phone: (501) 221-0088
                                            Fax: (888) 787-2040
                                            *Josh@sanfordlawfirm.com*

                                            *Interim Liaison Counsel*

                                            Bryan L. Bleichner (admitted *pro hac vice*)
                                            Philip J. Krzeski (*pro hac vice* forthcoming)
                                            **CHESTNUT CAMBRONNE PA**
                                            100 Washington Avenue South, Suite 1700
                                            Minneapolis, MN 55401
                                            Phone: (612) 339-7300
                                            Fax: (612) 336-2940
                                            *bbleichner@chestnutcambronne.com*
                                            *pkrzeski@chestnutcambronne.com*

                                            Jean Martin (admitted *pro hac vice*)
                                            Francesca Kester Burne (admitted *pro hac vice*)
                                            **MORGAN & MORGAN**
                                            **COMPLEX LITIGATION GROUP**
                                            201 N. Franklin St., 7th Floor
                                            Tampa, Florida 33602
                                            Phone: (813) 559-4908

Jean.martin@forthepeople.com
fkester@forthepeople.com

*Interim Lead Counsel*

Joseph M. Lyon *(admitted pro hac vice)*
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
Email: *jlyon@thelyonfirm.com*

Terence R. Coates (*pro hac vice* forthcoming)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*

Gary M. Klinger (*admitted pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

Christopher D. Jennings (Ark. Bar No. 2006306)
Nathan I. Reiter III (Ark Bar No. 202125)
**JOHNSON FIRM**
610 President Clinton Ave., Ste. 300
Little Rock, Arkansas 72201
Telephone: (501) 372-1300
Facsimile: (888) 505-0909
*chris@yourattorney.com*
*nathan@yourattorney.com*

William B. Federman
(*pro hac vice* application forthcoming)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
Phone: (405) 235-1560
Fax: (405) 239-2112

3

*wbf@federmanlaw.com*

Nicholas A. Migliaccio (*pro hac vice* forthcoming)
Jason Rathod (*pro hac vice* forthcoming)
Kevin Leddy (*pro hac vice* forthcoming)
**MIGLACCIO & RATHOD, LLP**
412 H. Street NE
Washington, D.C. 20002
Phone: 202-470-3520
*nmigliaccio@classlawdc.com*

Joseph Gates (Ark. Bar No. 2010239)
**GATES LAW FIRM, PLLC**
6020 Ranch Blvd., Ste. C-4, Office #3
Little Rock, AR 72223
Phone: (501) 779-8091
*Gates@gateslawpllc.com*

***Counsel for Plaintiffs and the Proposed Class***

## CERTIFICATE OF SERVICE

The undersigned certifies that, on October 17, 2023, I caused the foregoing document to be filed electronically through the Court's CM/ECF System and served on all counsel of record.

   */s/ Josh Sanford*
Josh Sanford