# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GREG HALE, ALICIA GILMORE, MICHAEL WHITKANACK, AND JESSICA WHITE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,**      **PLAINTIFFS**

**V.**      **CASE NO.: 3:22-CV-117-BSM**

**ARCARE**      **DEFENDANT**

## MOTION FOR *PRO HAC VICE* ADMISSION OF PHILIP J. KRZESKI

Plaintiffs Greg Hale, Alicia Gilmore, Michael Whitkanack and Jessica White (collectively "Plaintiffs"), individually and on behalf of all others similarly situated, by and through their counsel and pursuant to Local Rule 83.5, respectfully requests that Philip J. Krzeski be granted admission *pro hac vice* to appear as counsel, along with undersigned counsel, for Plaintiffs and the Putative Class in the above-captioned matter.

1. Mr. Krzeski avers that he is eligible and qualified to be admitted to practice before this Court *Pro Hac Vice*. Mr. Krzeski is an attorney at the law firm of CHESTNUT CAMBRONNE, PA, with its principal office at 100 Washington Avenue South, Suite 1700, Minneapolis, Minnesota 55401; telephone (612) 339-7300; email: pkrzeski@chestnutcambronne.com. Mr. Krzeski resides and regularly practices law in the State of Minnesota. He was admitted to the Minnesota State Bar on July 15, 2022 and the Ohio State Bar on November 7, 2016, and he remains in good standing of both State Bar Associations.

2. Mr. Krzeski further avers that he was admitted to practice in the U.S. District Court – District of Minnesota on August 12, 2022, the U.S. District Court – Eastern District

Page 1 of 3
Greg Hale, et al. v. ARcare
U.S.D.C. (E.D. Ark.) No. 3:22-cv-117-BSM
Motion for *Pro Hac Vice* Admission of Philip J. Krzeski

of Wisconsin in 2020; the U.S. District Court – District of Colorado in 2019; the U.S. District Court – Southern District of Ohio in 2017; the U.S. District Court – Northern District of Ohio in 2019; in the U.S. District Court – Eastern District of Michigan in 2020; in the U.S. District Court – Western District of Michigan; and in the Fourth Circuit Court of Appeals in 2019.

3. Mr. Krzeski understands that by appearing in this case, he is subject to the rules of this Court, just as if he were a member of the bar of this district. Pursuant to LR 83.5, Mr. Krzeski further confers disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

4. Mr. Krzeski has never been suspended from the practice of law nor been disciplined by any state or local committee of agency.

5. Josh Sanford, an attorney at the law firm of SANFORD LAW FIRM, PLLC, located at 10800 Financial Centre Parkway, Suite 510, Little Rock, Arkansas 72211, telephone (501) 221-0088, email: josh@sanfordlawfirm.com, designates himself as local counsel for purposes of this Motion and has already made an appearance in this case on behalf of Plaintiffs and the Putative Class.

WHEREFORE, Plaintiffs and the Putative Class respectfully requests that the application for admission P*ro Hac Vice* of Philip J. Krzeski be granted and that Mr. Krzeski be allowed to represent Plaintiff and the Putative Class in the above-captioned matter.

**Page 2 of 3**
**Greg Hale, et al. v. ARcare**
**U.S.D.C. (E.D. Ark.) No. 3:22-cv-117-BSM**
**Motion for *Pro Hac Vice* Admission of Philip J. Krzeski**

                                                          Respectfully submitted,

Dated: October 20, 2023         /s/ Josh Sanford
                                                    Josh Sanford (Ark. Bar No. 2001037)
                                                    **SANFORD LAW FIRM, PLLC**
                                                    Kirkpatrick Plaza
                                                    10800 Financial Centre. Pkwy., Ste. 510
                                                    Little Rock, Arkansas, 72211
                                                    Telephone: (501) 221-0088
                                                    Facsimile: (888) 787-2040
                                                    *Josh@sanfordlawfirm.com*

                                                    *Proposed Interim Liaison Counsel for*
                                                    *Plaintiffs and the Putative Class*

**Page 3 of 3**
**Greg Hale, et al. v. ARcare**
**U.S.D.C. (E.D. Ark.) No. 3:22-cv-117-BSM**
**Motion for *Pro Hac Vice* Admission of Philip J. Krzeski**