IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GREG HALE,** *on behalf of himself* **PLAINTIFFS**
*and all others similarly situated, et al.*

v.     CASE NO. 3:22-CV-00117-BSM

**ARCARE, INC.**     **DEFENDANT**

## ORDER

The United States is invited to file a Statement of Interest addressing the issues raised in ARcare's motion to substitute the United States or, in the alternative, to dismiss [Doc. No. 25] by November 30th, 2023. The United States is also invited to participate in any hearing on the motion.

IT IS SO ORDERED this 31st day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE