| | |
|---|---|
| From: | Will Moore |
| To: | Mailbox - HHS Claims (OS/OGC) |
| Cc: | Tanya Underwood; Ashton Stewart |
| Subject: | NOTICE |
| Date: | Thursday, May 26, 2022 4:37:57 PM |
| Attachments: | image001.png |
| | Engles v. ARCare Complaint 5.10.2022.pdf |
| | Gilmore v. ARcare 5.23.22.pdf |
| | Hale vs. ARCare 5.11.22.pdf |
| | White v. ARCare 5.16.2022 Complaint.pdf |
| | Whitkanack, Michael 5.20.22 Complaint.pdf |

**Via Email Only (HHS-FTCA-Claims@hhs.gov)**

U.S. Department of Health and Human Services
Office of the General Counsel
General Law Division
Claims and Employment Law Branch
330 C Street, SW
Switzer Building, Suite 2600
Washington, D.C., 20201

Subject: Hale v. ARcare, No. 22-cv-117-BSM (E.D. Ark.) (filed May 10, 2022);
White v. ARcare, No. 22-cv-00454-KGB (E.D. Ark.) (filed May 16, 2022);
Gilmore v. ARcare, No. 22-cv-00123 (E.D. Ark.) (filed May 19, 2022);
Engles v. ARcare, No. CV-22-43 (Cir. Ct. Woodruff Cnty, Ark.) (filed May 10, 2022);
Whitkanack v. Arcare, No. CV-22-46 (Cir. Ct. Woodruff Cnty, Ark.) (filed May 19, 2022)

To Whom It May Concern:

ARcare has been named as a defendant in the above-referenced civil actions. Enclosed please find copies of the summons and complaint in each action.

As deemed entity under 42 U.S.C. § 233(g) and (h) for all relevant periods, ARcare is entitled to absolute immunity from these civil actions as they each resulted from ARcare's performance of medical or related functions within the scope of its deemed federal employment. 42 U.S.C. § 233(a) *et seq*. ARcare requests removal of the two state court actions to federal court and substitution of the United States as the proper defendant in place of ARcare in all five cases.

Even though the applicable statutory scheme imposes a duty on HHS, not ARcare, to notify the appropriate U.S. Attorney's office of such cases, I am nevertheless notifying the U.S. Attorney for the Eastern District of Arkansas in the hope that doing so facilitates the requested removal and substitution.

Thank you for your attention to this matter. If you have any questions, please let me know.

Sincerely,



ARcare
Health for All

Will Moore
General Counsel
200 W. Race St.   |   Searcy, AR 72143
501-207-8481   |   501-305-3401
will.moore@arcare.net



GOVERNMENT EXHIBIT 1

This email (and any attachments) is intended only for the use of the intended addressee(s). If you are not the intended recipient(s), please notify the sender immediately and delete or otherwise destroy this transmission. For more information please refer to the ARcare corporate [privacy policy](#).