Skip to Main Content

# HRSA Electronic Handbooks

## Form 5A - Required Services Provided

### 00196222: ARCARE

Due Date: 08/11/2021 (Due In: 0 Days)

- Announcement Number: HRSA-22-002
- Announcement Name: Service Area Competition
- Application Type: Competing Continuation

- Grant Number: H80CS00207
- Target Population: Migrant Health Centers, Community Health Centers, Public Housing

**Resources**

As of 08/11/2021 03:17:07 PM
OMB Number: 0915-0285  OMB Expiration Date: 3/31/2023

## Form 5A - Required Services

| Service Type | Column I - Direct (Health Center Pays) | Column II - Formal Written Contract/Agreement (Health Center Pays) | Column III - Formal Written Referral Arrangement (Health Center DOES NOT Pay) |
|---|---|---|---|
| General Primary Medical Care | [X] [X] | [_] [_] | [_] [_] |
| Diagnostic Laboratory | [X] [X] | [_] [_] | [X] [X] |
| Diagnostic Radiology | [X] [X] | [_] [_] | [_] [_] |
| Screenings | [X] [X] | [_] [_] | [_] [_] |
| Coverage for Emergencies During and After Hours | [X] [X] | [_] [_] | [_] [_] |
| Voluntary Family Planning | [X] [X] | [_] [_] | [_] [_] |
| Immunizations | [X] [X] | [_] [_] | [_] [_] |
| Well Child Services | [X] [X] | [_] [_] | [_] [_] |
| Gynecological Care | [X] [X] | [X] [X] | [X] [X] |
| Obstetrical Care | | | |
|    Prenatal Care | [X] [X] | [_] [_] | [X] [X] |
|    Intrapartum Care (Labor & Delivery) | [_] [_] | [X] [X] | [X] [X] |
|    Postpartum Care | [X] [X] | [X] [X] | [X] [X] |
| Preventive Dental | [_] [_] | [X] [X] | [X] [X] |
| Pharmaceutical Services | [X] [X] | [X] [X] | [_] [_] |
| HCH Required Substance Use Disorder Services | [_] [_] | [_] [_] | [_] [_] |
| Case Management | [X] [X] | [_] [_] | [_] [_] |
| Eligibility Assistance | [X] [X] | [_] [_] | [_] [_] |
| Health Education | [X] [X] | [_] [_] | [_] [_] |
| Outreach | [X] [X] | [_] [_] | [_] [_] |
| Transportation | [X] [X] | [_] [_] | [_] [_] |
| Translation | [X] [X] | [X] [X] | [_] [_] |

GOVERNMENT EXHIBIT 3

EHB Application Number: 196222  Grant Number: H80CS00207-20-14
Case 3:22-cv-00117-SSW  Document 35-3  Filed 11/30/23  Page 2 of 3

Skip to Main Content

# HRSA Electronic Handbooks

## Form 5A - Additional Services Provided

### 00196222: ARCARE

Due Date: 08/11/2021 (Due In: 0 Days)

- Announcement Number: HRSA-22-002
- Announcement Name: Service Area Competition
- Application Type: Competing Continuation

- Grant Number: H80CS00207
- Target Population: Migrant Health Centers, Community Health Centers, Public Housing

**Resources**

As of 08/11/2021 03:17:21 PM
OMB Number: 0915-0285  OMB Expiration Date: 3/31/2023

### Form 5A - Additional Services

| Service Type | Column I - Direct (Health Center Pays) | Column II - Formal Written Contract/Agreement (Health Center Pays) | Column III - Formal Written Referral Arrangement (Health Center DOES NOT Pay) |
|---|---|---|---|
| Additional Dental Services | [_][_] | [X][X] | [X][X] |
| Behavioral Health Services | | | |
|    Mental Health Services | [X][X] | [_][_] | [X][X] |
|    Substance Use Disorder Services | [X][X] | [_][_] | [X][X] |
| Optometry | [_][_] | [_][_] | [_][_] |
| Recuperative Care Program Services | [_][_] | [_][_] | [_][_] |
| Environmental Health Services | [X][X] | [_][_] | [_][_] |
| Occupational Therapy | [_][_] | [_][_] | [_][_] |
| Physical Therapy | [_][_] | [_][_] | [_][_] |
| Speech-Language Pathology/Therapy | [_][_] | [_][_] | [_][_] |
| Nutrition | [X][X] | [_][_] | [_][_] |
| Complementary and Alternative Medicine | [_][_] | [_][_] | [_][_] |
| Additional Enabling/Supportive Services | [X][X] | [_][_] | [_][_] |
| Other - Occupational Medicine | [X][X] | [_][_] | [_][_] |

Skip to Main Content

# HRSA Electronic Handbooks

## Form 5A - Specialty Services Provided

### 00196222: ARCARE

Due Date: 08/11/2021 (Due In: 0 Days)

- Announcement Number: HRSA-22-002
- Announcement Name: Service Area Competition
- Application Type: Competing Continuation

- Grant Number: H80CS00207
- Target Population: Migrant Health Centers, Community Health Centers, Public Housing

**Resources**

As of 08/11/2021 03:17:34 PM
OMB Number: 0915-0285  OMB Expiration Date: 3/31/2023

**Form 5A - Specialty Services**

| Service Type | Column I - Direct (Health Center Pays) | Column II - Formal Written Contract/Agreement (Health Center Pays) | Column III - Formal Written Referral Arrangement (Health Center DOES NOT Pay) |
|---|---|---|---|
| Podiatry | [_][_] | [_][_] | [_][_] |
| Psychiatry | [X][X] | [_][_] | [X][X] |
| Endocrinology | [_][_] | [_][_] | [_][_] |
| Ophthalmology | [_][_] | [_][_] | [_][_] |
| Cardiology | [_][_] | [_][_] | [_][_] |
| Pulmonology | [_][_] | [_][_] | [_][_] |
| Dermatology | [_][_] | [_][_] | [_][_] |
| Infectious Disease | [_][_] | [_][_] | [_][_] |
| Gastroenterology | [_][_] | [_][_] | [_][_] |
| Advanced Diagnostic Radiology | [_][_] | [_][_] | [_][_] |