IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GREG HALE, ALICIA GILMORE,
MICHAEL WHITKANACK, and JESSICA WHITE,
on behalf of themselves and all others similarly
situated,                                                                                                    PLAINTIFFS

v.                                  **Case No. 3:22-cv-00117-BSM**

ARCARE, INC.                                                                                               DEFENDANT

---

**NOTICE OF CHANGE OF FIRM AFFILIATION,
ADDRESS, AND CONTACT INFORMATION**

---

The undersigned counsel for Jessica White ("Plaintiff White"), and all other Plaintiffs by designation, hereby gives notice to the Court and requests that all pleadings, orders, correspondence, and all other papers involving this matter be directed to:

Christopher D. Jennings
JENNINGS, PLLC
P.O. Box 25972
Little Rock, Arkansas 72221
Telephone: (501) 247-6267
Email: chris@jenningspllc.com

Undersigned counsel will continue to represent Plaintiff White in this matter as well as all other Plaintiffs by designation.

Dated: February 20, 2024                              Respectfully submitted,


                                                                      /s/ *Christopher D. Jennings*
                                                                    Christopher D. Jennings (AR Bar No. 2006306)
                                                                    **JENNINGS, PLLC**
                                                                    P.O. Box 25972
                                                                    Little Rock, Arkansas 72221
                                                                    Telephone: (501) 247-6267

Email: chris@jenningspllc.com

Jean S. Martin
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 424-5618
Email: jeanmartin@forthepeople.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February 2024, a copy of the foregoing was filed via this Court's CM/ECF system which will be provide notice to all counsel of record.

                                                        */s/ Christopher D. Jennings*
                                                        Christopher D. Jennings