IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GREG HALE, *on behalf of himself
and all others similarly situated, et al.*                          PLAINTIFFS

VS.                      NO. 3:22-CV-00117-BSM

ARCARE, INC.                                                        DEFENDANT

## NOTICE OF APPEARANCE

Alexander T. Jones of Wright, Lindsey & Jennings LLP, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201-3699, hereby enters his appearance as additional counsel for defendant ARcare, Inc. and requests service of all filings and other papers in this action.

> Scott A. Irby (99192)
> Gary D. Marts, Jr. (2004116)
> Alexander T. Jones (2015246)
> Andrea L. Kleinhenz (2021216)
> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
> FAX: (501) 376-9442
> sirby@wlj.com; gmarts@wlj.com;
> ajones@wlj.com; akleinhenz@wlj.com
>
> Matthew Freedus (D.C. Bar # 475887)*
> Feldesman Tucker Leifer Fidell LLP
> 1129 20th Street, NW, Suite 400
> Washington, DC 20036
> (202) 466-8960;
> FAX: (202) 293-8103
> mfreedus@feldesemantucker.com
>
> **Admitted pro hac vice*
>
> *Attorneys for Defendant ARcare, Inc.*

3093192-v1