```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF ARKANSAS
 2                       NORTHERN DIVISION

 3   GREG HALE, et al

 4             Plaintiffs        No.  3:22-cv-00117-BSM
         vs                      January 25, 2024
 5                               Little Rock, Arkansas
     ARCARE, INC.                1:00 p.m.
 6
                 Defendant
 7
          TRANSCRIPT OF HEARING ON MOTION TO SUBSTITUTE
 8          BEFORE THE HONORABLE BRIAN S. MILLER
              UNITED STATES DISTRICT JUDGE
 9
10   APPEARANCES:

11   On Behalf of the Plaintiffs:

12       CHRISTOPHER D. JENNINGS
         Johnson Firm
13       610 President Clinton Avenue
         Little Rock, Arkansas 72201
14
     On Behalf of the Defendant:
15
         SCOTT ANDREW IRBY
16       Wright, Lindsey & Jennings
         200 West Capitol Avenue, Suite 2300
17       Little Rock, Arkansas 72201
         (501) 212-1317
18
         MATTHEW SIDNEY FREEDUS
19       Feldesman Leifer, LLP
         1129 20th Street NW, Suite 400
20       Washington, DC 20036

21   On Behalf of the United States:

22       SHANNON SMITH
         Assistant United States Attorney
23       P.O. Box 1229
         Little Rock, Arkansas 72203
24
         Proceedings reported by machine stenography and
25   displayed in realtime; transcript prepared utilizing
     computer-aided transcription.
```

**EXHIBIT 1**

Valarie D. Flora, FCRR, TX-CSR, AR-CCR
United States Court Reporter
Valarie_Flora@ared.uscourts.gov (501) 604-5105

1  down a totally different path.  So I'm going to give you a
2  chance to convince me that my view is wrong.
3       I also want to give you a chance to address the first
4  issue dealing with whether the federal government of the
5  United States can be forced to take up the case.  I'm a
6  lot more open to that.  I know Ms. Smith might not like to
7  hear that, but I'm a lot more open to that than I am the
8  second issue.
9       Once ARcare's given its argument, Ms. Smith, I'll
10 give you a chance to make your argument on behalf of the
11 United States.
12      My understanding is that Mr. Jennings or the
13 plaintiffs really don't care one way or other.  They just
14 want to be given a chance to respond to the motion to
15 dismiss once we decide what is going on.
16      Mr. Jennings, I'll give you a chance to address any
17 issue you want to at the end, but you don't have to if you
18 don't want to.
19          MR. JENNINGS:  Your reading is right.  We take
20 no position, but we do think it's a threshold issue that
21 needs to be decided before we get to the meat of the case.
22          THE COURT:  That's right.  And I think at some
23 point you moved to stay everything until all of this could
24 be worked out.  I just haven't ruled on it.  But,
25 essentially, what we've had place is a stay.  I'm not

1  forcing you to proceed on the other issues that are
2  involved in this case.
3       Mr. Irby, my understanding is that you're going to
4  present on behalf of ARcare or is Mr. Freedus going to
5  present?
6            MR. IRBY:  Your Honor, thank you very much.
7  Scott Irby, Wright, Lindsey & Jennings, for ARcare.  I am
8  going to turn over the meat of the argument to Mr. Freedus
9  on the -- both the substitution issue and the corollary
10 issue, which is the absolute immunity issue.  And he's
11 going to present those arguments with your permission.
12           THE COURT:  Mr. Freedus, you can present.
13 Either you can sit at the table or you can come to the
14 lectern.  We don't have a jury here, so we can be as
15 relaxed as you want to be or we can be as buttoned up as
16 you want to be.  It's just us talking today.
17           MR. FREEDUS:  I think I'm going to go with
18 relaxed.
19           THE COURT:  That's fine.  I just want to hear
20 what the lawyers have to tell me.
21           MR. FREEDUS:  Thank you, Your Honor.  Nice to be
22 here.
23      I'll take up the substitution issue first.  This is
24 an issue most recently a court out of Portland, *Moretti*
25 *versus Central City Concern*, said that this position of