Generated: Apr 10, 2024 1:27PM                                                                                                 Page 1/1

# U.S. District Court

## Arkansas Eastern - Little Rock

Receipt Date: Apr 10, 2024 1:27PM

MARY ELLAN GOSS
WRIGHT LINDSEY JENNINGS LLP
200 W CAPITOL AVE
SUITE 2300
LITTLE ROCK, AR 72201

Rcpt. No: 5995                   Trans. Date: Apr 10, 2024 1:27PM                   Cashier ID: #FG

| CD  | Purpose                       | Case/Party/Defendant   | Qty | Price  | Amt    |
|-----|-------------------------------|------------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee| DARE322CV000117 /001   | 1   | 605.00 | 605.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $605.00 |

Total Due Prior to Payment: $605.00
Total Tendered: $605.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 10 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**Comments**: VISA CARD ENDING IN 8556 APPROVAL CODE: 088932

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.