# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GREG HALE,** *on behalf of himself*                                         **PLAINTIFFS**
*and all others similarly situated, et al.*

**v.**                 **CASE NO. 3:22-CV-00117-BSM**

**ARCARE, INC.**                                                     **DEFENDANT**

## **ORDER**

ARcare's motion to stay [Doc. No. 42] is granted. This case is stayed pending the resolution of ARcare's appeal. *See Johnson v. Hay*, 931 F.2d 456, 459 n. 2 (8th Cir. 1991) (district court should stay proceedings when defendant appeals denial of claim to immunity).

IT IS SO ORDERED this 22nd day of April, 2024.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE