**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| GREG HALE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARCARE, INC.,<br><br>Defendant. | Case No.: 3:22-cv-00117-BSM<br><br><br>**NOTICE OF CHANGE**<br>**OF ADDRESS** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel for Plaintiff Jessica White hereby

files this Notice of Change of Address in the above-captioned case. All future pleadings,

memoranda, correspondence, orders, etc., shall be sent to:

Law Firm:    Aylstock, Witkin, Kreis & Overholtz, PLC
Address:     17 E. Main Street, Suite 200
             Pensacola, FL 32502
             Phone: (850) 202-1010
             Email: FBurne@awkolaw.com

Dated: April 30, 2026

Respectfully submitted,

*/s/ Francesca K. Burne*
Francesca K. Burne
**AYLSTOCK, WITKIN, KREIS &**
**OVERHOLTZ, PLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Email: FBurne@awkolaw.com

*Counsel for Plaintiff Jessica White*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Francesca K. Burne*
Francesca K. Burne