**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GREG HALE**                                                                                          **PLAINTIFF**

**v.**                                        **Case No. 3:22-cv-00117-BSM**

**ARCARE, INC.**                                                                                      **DEFENDANT**

## ORDER

This case was stayed April 22, 2024. The clerk is directed to lift the stay, administratively terminate the case, nunc pro tunc as of April 22, 2024, and reopen effective as of the date of this order.

IT IS SO ORDERED this 3rd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE