**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GREG HALE, et al.**                                                      **PLAINTIFFS**

**V.**                             **NO. 3:22-CV-00117-BSM**

**ARCARE, INC.**                                                           **DEFENDANT**

**JOINT MOTION TO STAY ALL DEADLINES**
**PENDING APPROVAL OF SETTLEMENT**

Plaintiffs Greg Hale, et al. ("Plaintiffs") and Defendant ARcare, Inc. ("ARcare") (collectively, "the Parties") jointly move to stay all deadlines in this matter. For their motion, the Parties state:

1.      The Court entered ARcare's motion to stay and extend all deadlines set under the Federal Rules of Civil Procedure and its final scheduling order to allow full resolution of ARcare's appeal. *See* Doc. 50.

2.      The Court consolidated all related actions and therefore the motion to stay and extend all deadlines applied to all the matters consolidated. *See* Doc. 10 in Case 4:22-cv-00571-BSM.

3.      The appeal has now been fully resolved, a mandate has been issued, and these consolidated actions are now back before the Court.  *See* Doc. 55.  The Court has lifted the stay.  Doc. 57.

4.      The Parties have recently agreed in principle to a resolution of all claims in this matter. The Parties are diligently working on settlement papers and they anticipate filing a motion to approve class settlement in the coming weeks.  However,

3630617-v1

more time is needed by the parties to properly prepare the documentation required to present the motion to the Court for consideration.

5.     The Parties respectfully request that all deadlines in this case and all related cases be extended and stayed until the Court has an opportunity to review and rule upon the motion to approve class settlement that will be filed soon.

6.     The Parties also request that the Court set a deadline for filing the motion to approve class settlement of 45 days from the entry of the Court's order.

7.     This motion is not being made for the purpose of delay and good cause exists for granting it.

WHEREFORE, plaintiffs Greg Hale, et al. and defendant ARcare, Inc. respectfully request that the Court enter a stay of proceedings in this case and all related cases, that the Court suspend and extend all deadlines under the Federal Rules of Civil Procedure and its final scheduling order of March 8, 2024, that the Court set a 45-day deadline for the filing of a motion to approve class settlement, and that the Court grant the parties all other proper relief.

2

3630617-v1

Scott A. Irby (99192)
Gary D. Marts, Jr. (2004116)
Andrea L. Kleinhenz (2021216)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
sirby@wlj.com; gmarts@wlj.com;
akleinhenz@wlj.com

Matthew Freedus (D.C. Bar # 475887)*
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
(202) 466-8960;
FAX: (202) 293-8103
mfreedus@feldesemantucker.com
*Admitted pro hac vice
Attorneys for Defendant ARcare, Inc.

AND

Jean Martin (admitted *pro hac vice)*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
*Jean.martin@forthepeople.com*

Bryan L. Bleichner (*admitted pro hac vice)*
Philip J. Krzeski (*pro hac vice forthcoming)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*
*Interim Co-Lead Class Counsel*

3

3630617-v1