**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GREG HALE,** *et al.*                                                              **PLAINTIFFS**

**v.**                          **CASE NO. 3:22-CV-00117-BSM**

**ARCARE, INC.**                                                              **DEFENDANT**

**Consolidated Case Nos.**
**3:22-cv-00123-BSM**
**3:22-cv-00139-BSM**
**3:22-cv-00140-BSM**
**4:22-cv-00454-BSM**
**4:22-cv-00571-BSM**

## <u>ORDER</u>

The parties' joint motion to stay [Doc. No. 58] is granted.  The motion to approve

class settlement is due by July 20, 2026.

IT IS SO ORDERED this 5th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE