**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| **GREG HALE, ALICIA GILMORE, MICHAEL WHITKANACK, AND JESSICA WHITE**, on behalf of themselves and all others similarly situated, et al. | |
| *Plaintiffs*, | Case No. 3:22-cv-00117-BSM |
| v. | Judge Brian S. Miller |
| **ARCARE, INC.,** | |
| *Defendant*. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs respectfully request a 14-day extension of time to file their Motion for Preliminary Approval of Class Action Settlement, up to and including July 30, 2026.

The primary basis for this request is that the Parties are finalizing the settlement documents and are currently awaiting finalized notice exhibits from the selected settlement administrator, Verita. This extension is sought in good faith, not for purposes of delay, and will ensure the preliminary approval materials are complete upon submission to the Court.

Plaintiffs have conferred with counsel for Defendant, and Defendant does not oppose this Motion.

1

DATED: July 17, 2026

Respectfully submitted,

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Ste 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Jean Martin (admitted *pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N Franklin St, 7th Floor
Tampa, FL 33602
Telephone: (813) 559-4908
*jean.martin@forthepeople.com*

*Interim Co-Lead Counsel*