**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| **GREG HALE, ALICIA GILMORE, MICHAEL WHITKANACK, AND JESSICA WHITE**, on behalf of themselves and all others similarly situated, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>**ARCARE, INC.,**<br><br>*Defendant*. | Case No. 3:22-cv-00117-BSM |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Greg Hale, Jessica White, Alicia Gilmore, Michael Whitkanack, and Melissa Johnson (collectively, "Plaintiffs") individually and on behalf of others similarly situated, hereby move this Court to:

1.     Preliminarily approve the Settlement described in the "Settlement Agreement" between Plaintiffs and Defendant Arcare, Inc. ("Arcare" or "Defendant"), and the attachments thereto, including the Claim form, the Long Notice, Postcard Notice, and Email Notice, attached to Settlement Agreement, filed herewith in support of this Motion;

2.     Provisionally certify the Settlement Class;

3.     Approve the notice and claims process, and direct that notice be sent to all Class Members in the form and manner proposed as set forth in the Settlement Agreement and exhibits thereto;

4.     Approve the procedures for Settlement Class Members to opt-out of or object to the Settlement;

1

5.      Appoint Verita Global as the Settlement Administrator;

6.      Appoint Plaintiffs as Class Representatives;

7.      Appoint Jean Martin of Aylstock, Witkin, Kreis & Overholtz, PLC, and Bryan Bleichner of Chestnut Cambronne PA as Class Counsel;

8.      Stay the Action pending Final Approval; and

9.      Set a Final Approval Hearing date for consideration of Settlement Class Counsel's Motion for Award of Fees, Costs, Expenses, and Service Awards and Motion for Final Approval.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of the Motion for Preliminary Approval of Class Action Settlement; (3) the Joint Declaration of Proposed Class Counsel filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (including Postcard, Email and Long Form Notices); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Date: July 30, 2026                    Respectfully submitted,

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Ste 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

2

Jean Martin (admitted *pro hac vice*)
Francesca Kester Burne (admitted *pro hac vice*)
**AYLSTOCK, WITKIN, KREIS,**
**& OVERHOLTZ PLC**
17 E Main St, Ste 200
Pensacola, FL 32502
Phone: (844) 794-7402
Phone: (850) 202-1010
jmartin@awkolaw.com
fburne@awkolaw.com

*Interim Co-Lead Class Counsel*