**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| GREG HALE, ALICIA GILMORE, MICHAEL WHITKANACK, and JESSICA WHITE, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>ARCARE, INC.<br>Defendants. | Case No. 3:22-cv-117-BSM |

**JOINT MOTION TO AMEND NOTICE AND SETTLEMENT DEADLINES**

Because notice to the Settlement Class has been delayed due to the Settlement Administrator needing a Qualified Protective Order to effectuate the Notice Plan, Plaintiffs Greg Hale, Jessica White, Alicia Gilmore, and Michael Whitkanack and Defendant Arcare, Inc. respectfully move this Court to amend the notice and settlement deadlines set forth in the Court's Order granting preliminary approval of the class action settlement (Doc. No. 64) as follows:

1. The Notice Date to be within thirty (30) calendar days after the Court enters the Qualified Protective Order.
2. The date for the Final Approval (fairness) hearing shall be reset to a date that is no earlier than 120 days after the date that the Court enters the Qualified Protective Order.

Date: September 3, 2026

Respectfully submitted,

*/s/ Bryan L. Bleichner*

Bryan L. Bleichner (admitted pro hac vice)
Philip J. Krzeski (admitted pro hac vice)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Ste 1700
Minneapolis, MN 55401

Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Jean Martin (admitted pro hac vice)
Francesca K. Burne (admitted pro hac vice)
**AYLSTOCK, WITKIN, KREIS,**
**& OVERHOLTZ PLC**
17 E Main St, Ste 200
Pensacola, FL 32502
(844) 794-7402
(850) 202-1010
jmartin@awkolaw.com
fburne@awkolaw.com

*Settlement Class Counsel*

and

Scott A. Irby (99192)
Gary D. Marts, Jr. (2004116)
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Ave, Ste 2300
Little Rock, AR 72201-3699
(501) 371-0808
Fax: (501) 376-9442
sirby@wlj.com;
gmarts@wlj.com;
akleinhenz@wlj.com

*Attorneys for Defendant ARcare, Inc.*