**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

GREG HALE, ALICIA GILMORE, MICHAEL WHITKANACK, and JESSICA WHITE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ARCARE, INC.

Defendants.

Case No. 3:22-cv-117-BSM

**JOINT MOTION TO ENTER QUALIFIED PROTECTIVE ORDER**

Plaintiffs Greg Hale, Jessica White, Alicia Gilmore, and Michael Whitkanack and Defendant ARcare, Inc. jointly move the Court to enter a proposed qualified protective order, and for grounds, states as follows:

1. On August 3, 2026, the Court entered an order granting preliminary approval of a settlement of this class action. In that order, the Court appointed Verita Global, LLC as the Settlement Administrator and directed the Settlement Administrator to carry out the Notice Plan outlined in the parties' Settlement Agreement. The Notice Plan permitted the giving of notice to members of the Settlement Class through email.

2. Providing notice to the members of the Settlement Class as directed by the Court requires the use of "protected health information" as defined in 45 C.F.R. § 160.103 and 164.501. In particular, the protected health information at issue consists of contact information for members of the Settlement Class necessary to provide them notice of the settlement under the Notice Plan.

3. In order to effectuate the Notice Plan, the Settlement Administrator requires the authorization of the Court to provide certain forms of notice, including notice by means of

unencrypted emails and postcard. These means of notice will provide the best possible notice to the Settlement Class to inform them of their rights under the settlement.

4. Therefore, the parties jointly request that the Court enter the proposed Qualified Protective Order that is attached as Exhibit 1 to this motion. The entry of the proposed Qualified Protective Order will permit the Settlement Administrator to provide notice via email and postcard means.

5. Good cause exists for granting this motion and entering the proposed Qualified Protective Order.

WHEREFORE, Plaintiffs Greg Hale, Jessica White, Alicia Gilmore, and Michael Whitkanack and Defendant ARcare, Inc. jointly move the Court to enter the proposed Qualified Protective Order attached as Exhibit 1 to this motion, along with all other proper relief.

Date: September 3, 2026

Respectfully submitted,

*/s/ Bryan L. Bleichner*

Bryan L. Bleichner (admitted pro hac vice)
Philip J. Krzeski (admitted pro hac vice)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Ste 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Jean Martin (admitted pro hac vice)
Francesca K. Burne (admitted pro hac vice)
**AYLSTOCK, WITKIN, KREIS,**
**& OVERHOLTZ PLC**
17 E Main St, Ste 200
Pensacola, FL 32502
(844) 794-7402
(850) 202-1010
jmartin@awkolaw.com
fburne@awkolaw.com

*Settlement Class Counsel*

and

Scott A. Irby (99192)
Gary D. Marts, Jr. (2004116)
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Ave, Ste 2300
Little Rock, AR 72201-3699
(501) 371-0808
Fax: (501) 376-9442
sirby@wlj.com;
gmarts@wlj.com;
akleinhenz@wlj.com

*Attorneys for Defendant ARcare, Inc.*