# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

GREG HALE, ALICIA GILMORE, MICHAEL WHITKANACK, and JESSICA WHITE, on behalf of themselves and all others similarly situated,
Plaintiffs,
v.

ARCARE, INC.
Defendants.

Case No. 3:22-cv-117-BSM

**QUALIFIED PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and 45 C.F.R. § 164.512(e)(1), the Court finds good cause for the issuance of a qualified protective order and ORDERS as follows:

1. On August 3, 2026, the Court entered an order granting preliminary approval of a settlement of this class action. In that order, the Court appointed Verita Global, LLC as the Settlement Administrator and directed the Settlement Administrator to carry out the Notice Plan outlined in the parties' Settlement Agreement. The Notice Plan permitted the giving of notice to members of the Settlement Class through email.

2. Providing notice to the members of the Settlement Class as directed by the Court requires the use of "protected health information" as defined in 45 C.F.R. § 160.103 and 164.501. In particular, the protected health information at issue consists of contact information for members of the Settlement Class necessary to provide them notice of the settlement under the Notice Plan.

3. The parties, their attorneys, and the Settlement Administrator are hereby authorized to receive and transmit protected health information pertaining to members of the Settlement Class as necessary to carry out the requirements of the settlement and the Notice Plan.

4. In particular, the Settlement Administrator is authorized to provide notice under the Notice Plan to members of the Settlement Class by means of unencrypted emails and postcard in order to provide the best possible notice to the Settlement Class to inform them of their rights under the settlement.

5. It is the intent of the parties that this Order be deemed a "qualified protective order" under HIPAA, as set forth in the implementing regulations for the statute found at 42 C.F.R. § 164.512(e)(l)(v)(A)-(B) of HIPAA's Privacy Rule.

IT IS SO ORDERED this _____ of August 2026.

______________________________________
UNITED STATES DISTRICT JUDGE