**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GREG HALE, *et al.*** **PLAINTIFFS**

**v.** **CASE NO. 3:22-CV-00117-BSM**

**ARCARE, INC.** **DEFENDANT**

**ORDER**

Plaintiffs' joint motion to amend notice and settlement deadlines [Doc. No. 65] is granted. The Settlement Administrator shall provide notice consistent with the Notice Plan and notice shall begin to be disseminated to Settlement Class Members within thirty (30) calendar days from the date of the Qualified Protective Order ("Notice Date"). This date shall be the Notice Date used for all other settlement deadlines.

The Final Approval (fairness) hearing will be on January 28, 2027 at 10:00 a.m. All other provisions of the Order Granting Preliminary Approval (Doc. No. 64) shall remain in effect.

IT IS SO ORDERED this 11th day of September, 2026.

Brian S. Miller

UNITED STATES DISTRICT JUDGE