**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| GREG HALE, ALICIA GILMORE, MICHAEL WHITKANACK, and JESSICA WHITE, on behalf of themselves and all others similarly situated,<br><br>v.<br><br>ARCARE, INC. | Case No. 3:22-cv-117-BSM |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

Pursuant to Rules 23(e) and 23(h) of the Federal Rules of Civil Procedure, by their counsel, Plaintiffs Greg Hale, Jessica White, Alicia Gilmore, Michael Whitkanack, and Melissa Johnson (collectively, "Plaintiffs") individually and on behalf of others similarly situated, hereby move this Court for entry of an Order: (1) awarding attorneys' fees to Class Counsel in the amount of $1,300,000; (2) awarding Class Counsel expenses in the amount of $27,659.84 for reasonable expenses incurred in litigating this case; and (3) awarding Plaintiffs Service Awards of $2,500 each.

This Motion is based upon the record in this case as well as: (1) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards; (2) the Joint Declaration of Class Counsel; and (3) other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Date: November 24, 2026

Respectfully submitted,

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (admitted pro hac vice)

Philip J. Krzeski (admitted pro hac vice)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Jean Martin (admitted pro hac vice)
Francesca Kester Burne (admitted pro hac vice)
**AYLSTOCK, WITKIN, KREIS,**
**& OVERHOLTZ PLC**
17 E. Main Street Suite 200
Pensacola, FL 32502
(844) 794-7402