# Exhibit B

AYLSTOCK WITKIN KREIS OVERHOLTZ, PLC

ATTORNEYS AT LAW

17 East Main Street, Suite 200 • Pensacola, FL 32502 • (850) 202-1010 • AWKOLaw.com

With more than 35 licensed attorneys and over 350 staff members, AWKO has the resources, infrastructure, and experience to prosecute even the most complex national litigations. The firm utilizes a robust case management database designed for use in class and other complex litigation, which can track client communications, written pleadings, correspondence, and other case information for tens of thousands of matters. AWKO employs an on-site IT team and database administrators as well as software developers to remain on the cutting edge of litigation and claims administration technology.

**CLASS ACTION PRACTICE GROUP ATTORNEYS**

***Jean Sutton Martin*** heads the consumer class action practice of AWKO, devoting her practice to data privacy, consumer protection, and defective products class actions. She is one of the few lawyers in the group whose caseload spans multiple disciplines, including data privacy, consumer goods, medical products and environmental disasters. Ms. Martin has practiced in the areas of mass tort and catastrophic personal injury, starting mass torts practice groups at two plaintiffs' firms. Ms. Martin received her Juris Doctor degree from Wake Forest University School of Law, where she served as Editor-in-Chief of the *Wake Forest Law Review*. Ms. Martin graduated from Wake Forest University with a Bachelor of Science in Mathematical Economics and earned a Master of International Business from the University of South Carolina. She also has served as an adjunct professor at her alma mater, Wake Forest University School of Law. She obtained eDiscovery certification from the eDiscovery Training Academy at Georgetown Law Center.

Ms. Martin has been honored with the prestigious "AV" rating by Martindale-Hubbell. In 2016, she was selected by her peers as the foremost Litigation attorney in the State of North Carolina for *Business North Carolina Magazine's Legal Elite*, gaining membership in the *Legal Elite* Hall of Fame. In 2022, she was recognized by Law360 as an MVP in the area of cybersecurity and data privacy. She was named as one of National Law Journal's Class Action/ Mass Tort Litigation Trailblazers of 2023. Last year she was named as one of Lawdragon 500 Leading Global Cyber Lawyers, this year she has been named as one of Lawdragon 500 Leading Complex Litigation Lawyers, and for the last two years has been named as one of Lawdragon 500 Leading Plaintiff Consumer Lawyers.

Over the last few years, Ms. Martin has led some of the country's biggest cybersecurity victories, including as a member of the Executive Committee in *In Re: AT&T Inc Customer Data Security Breach Litigation* (N.D. Tex. 24-cv-00757)(securing a $177 million settlement for two

classes of consumers involved in two separate data breaches), co-lead in *In re: Morgan Stanley Data Security Litigation* (S.D.N.Y., 20-cv-05914) (total settlement of $68.2 million for 15 million class members) and co-lead *In re: Ambry Genetics Data Breach Litigation* (C.D. Cal. No. 8:20-cv-00791-CJC) (settlement valued in excess of $20 million for 230,000 patients). Ms. Martin presently serves by appointment as co-lead class counsel in consolidated litigation arising from a chemical plant fire in Conyers, GA in *In re: Bio-Lab Class Actions*, 1:24-CV-4407-SEG (N.D.G.A.). She also serves by appointment as co-lead of a data breach MDL involving a central defendant and multiple of its software customers in *In Re: Perry Johnson & Associates Medical Transcription Data Security Breach Litigation* (E.D.N.Y., 24-md-3096-RPK-LG) and co-lead counsel in *In re HCA Healthcare Data Security Litigation*, No. 3:23-cv-00684 (M.D. Tenn.). Ms. Martin also presently leads a class action against CSX for chemical exposures and property damage stemming from a train derailment in *Webb et al. v. CSX Transportation, Inc.*, 23-cv-00211-REW (E.D. Ky.).

Recently Ms. Martin served as co-lead counsel in a data breach matter against a software provider with ties to a criminally charged investment executive. *Farley, et al. v. Eye Care Leaders Holdings, LLC*, 1:22-cv-00468-UA-JLW (M.D.N.C.). The case involved competing classes and was made even more difficult by the defendant filing for bankruptcy before the final settlement approval hearing. She led efforts to fight the claims of the patient class in the bankruptcy proceeding, including securing a position on the creditors committee. At the final approval, District Court Judge Catherine Eagles noted: "this is by far the most complex class action settlement I have seen … but I definitely think it is fair and very reasonable and benefits the class. They get everything they could have gotten, really, and more than if you had litigated it."

Ms. Martin has served in leadership positions in many consumer class actions and consolidated proceedings in federal courts around the country, including *inter alia*: *Desue, et al. v. 20/20 Eye Care Network, Inc. et al.*, 21-cv-61275 (S.D. Fla.) (Chair of the Plaintiffs' Executive Committee) (settlement on behalf of more than 4 million class members, including minors); *Aguallo, et al. v. Kemper Corp., et al.,* Case No.: 1:21-cv-01883 (N.D. Ill.) (data breach settlement valued at over $17.5 million) (co-lead counsel); *Gordon, et al. v. Chipotle Mexican Grill, Inc.*, No. 17-cv-01415 (D. Colo.) (data breach) (co-lead counsel); *Linnins v. HAECO Americas, Inc., et al.*, No. 16-cv-486 (M.D.N.C.) (employee data disclosure) (co-lead counsel); *Torres v. Wendy's International, LLC*, No. 6:16- cv-210 (M.D. Fla.) (data breach) (class counsel); *Fuentes, et al. v. UniRush, LLC, et al.,* No. 1:15- cv-08372 (S.D.N.Y.) (disruption in servicing of financial accounts) (co-lead counsel); *Lewis, et al., v. Green Dot Corp., et al.*, No. 2:16-cv-03557 (C.D. Cal.) (disruption in servicing of financial accounts) (class counsel); *Brady, et al. v. Due North Holdings, LLC, et al.*, No. 1:17-cv-01313 (S.D. Ind.) (employee data disclosure) (class counsel); *Foreman v. Solera Holdings, Inc.*, No. 6:17-cv-02002 (M.D. Fla.) (employee data disclosure) (class counsel); *In Re: Outer Banks Power Outage Litigation*, No. 4:17-cv-141 (E.D.N.C.) (extended island power outage due to defective construction practices) (class counsel); and, *McCoy v. North State Aviation, LLC, et al.*, No. 17- cv-346 (M.D.N.C.) (WARN Act violations) (class counsel).

Beyond her active litigation practice, Ms. Martin founded Class of Our Own, an invitation-only event for female attorneys handling plaintiff class actions held in Nashville,

Tennessee. This conference is free for the 125 attendees from across the country and features two days of legal panels while also promoting female empowerment. The first three summits have been highlighted by the participation of the Hon. Jane Branstetter Stranch of the U.S. Court of Appeals for the Sixth Circuit, the Hon. Karen Caldwell, Chair of the JPML, the Hon. Linda Lopez of the Southern District of California, and the Hon. Staci Yandle of the Southern District of Illinois.

Ms. Martin has been a presenter on a variety of topics related to class actions including: *Fantasy Gaming Webinar: FanDuel and DraftKings Litigation*, AAJ (December 2015); *Thinking Outside the Black Box: Drug Cases in the Class Context*, Mass Torts Made Perfect (October 2019); *Mass Torts and MDLs*, Western Alliance Class Action Forum (March 2020); *Consumer Class Actions*, Western Alliance Class Action Forum (March 2022); *How to Maximize Efficiency in Document Production and Review*, Mass Torts Made Perfect (April 2022); *Class Action Takeover: The Rise of Class Actions within MDLs*, HarrisMartin (July 2023).

Ms. Martin is a member of the North Carolina bar. She is also admitted to practice before the United States Supreme Court, the United States Court of Federal Claims, the United States Court of Appeals for the Fourth Circuit, the Western, Middle, and Eastern Districts of North Carolina, and the United States District Court of Colorado.

***Amber L. Schubert*** is Of Counsel at AWKO, where she leads the firm's Data Breach & Privacy Subdivision. She has built a national practice at the leading edge of data-breach and consumer-privacy litigation, representing people whose most sensitive information (medical records, financial data, educational histories, private communications, and digital identities) has been exposed or misused.

Ms. Schubert's cases sit at the intersection of law, technology, and corporate accountability. She brings command of the issues that often determine whether complex privacy cases succeed such as technical discovery, standing, rapidly evolving privacy statutes, multistate claims, class wide damages, and remedies designed not only to compensate consumers, but also to change the practices that put their information at risk.

Courts across the country have appointed Ms. Schubert to leadership positions in dozens of data privacy class actions, including as lead or co-lead counsel, liaison counsel, and a member of plaintiffs' executive and steering committees. Her current leadership docket includes cases involving some of the largest and most consequential privacy incidents in the country.

Ms. Schubert serves as Interim Co-Lead Class Counsel in *In re Blue Shield of California Privacy Litigation*, arising from the alleged disclosure of the protected health information of 4.7 million subscribers to Google and Meta. She is also Interim Co-Lead Class Counsel in litigation involving breaches at Discord and Russell Cellular, affecting approximately 1.7 million Discord users and 6.3 million Russell Cellular and Verizon customers, respectively, and Interim Class Counsel in data breach litigation involving the private travel records of 1.2 million WestJet passengers.

She also serves on the Plaintiffs' Steering Committee in *In re PowerSchool Holdings, Inc. Customer Security Breach Litigation*, No. 25-md-3149-BEN-MSB (S.D. Cal.), a data breach of 62.4 million students and 9.5 million teachers, and on the Plaintiffs' Executive Committee in *In re Instructure Data Breach Litigation*, No. 2:26-cv-00374-RJS-CMR (D. Utah), arising from the alleged compromise of approximately 275 million records across nearly 9,000 educational institutions worldwide.

Ms. Schubert is also Liaison Counsel and a member of the Executive Committee in litigation arising from the Salesforce data breach, and Liaison Counsel in *Doe v. GoodRx Holdings, Inc*., which concerns the alleged sharing of approximately 50 million consumers' private health information with Meta, Google, and Criteo.

Ms. Schubert's leadership roles reflect substantive responsibility, not simply titles. In the Blue Shield litigation, she briefed and argued the opposition to dismissal of federal Wiretap Act claims. As Lead Counsel in *Scott v. Healthcare Management Solutions*, she drafted and argued a successful opposition addressing Article III standing and California privacy claims in a Medicare data breach affecting approximately 254,000 people. In the Patelco Credit Union litigation, she helped negotiate a $7.25 million settlement for a proposed class of approximately 1.1 million credit-union members.

She has also led some of the most technically demanding work in nationwide privacy litigation. As Chair of the Third-Party Discovery Committee in In re *LastPass Data Security Incident Litigation*, Ms. Schubert negotiated subpoenas with more than twenty nonparties and briefed four motions to quash in litigation arising from a breach affecting 33 million users. In other major cases, she has directed third-party discovery, developed multistate claims, managed plaintiff vetting, overseen expert work, and taken principal responsibility for briefing dispositive motions and class-certification issues.

Earlier in her career, Ms. Schubert played a central role in the Google AdWords litigation. After her firm secured a landmark Ninth Circuit decision reversing the denial of class certification and establishing important precedent concerning class wide damages, Ms. Schubert served as primary counsel opposing Google's petition for certiorari in the U.S. Supreme Court. The litigation ultimately resulted in a $22.5 million class wide settlement. The Ninth Circuit's decision, *Pulaski & Middleman, LLC v. Google, Inc*., has since been cited hundreds of times.

Beyond her courtroom work, Ms. Schubert helps shape the developing law and practice of data privacy. She serves on the Board of the American Association for Justice's Consumer Privacy and Data Breach Litigation Group and participates in The Sedona Conference's Data Security and Privacy Liability Working Group. Her work brings together the plaintiffs' bar, defense counsel, industry professionals, and privacy experts to address emerging questions surrounding data security, disclosure, and liability.

Ms. Schubert is equally committed to broadening who has the opportunity to lead consequential litigation. An active member of the LGBTQ community, she serves as the American Association for Justice LGBT Caucus's liaison to the organization's FAIR Committee, which works to increase participation and leadership opportunities for trial lawyers from

historically underrepresented groups. She is a firm believer that complex cases are better led, and clients better served, when the people making the decisions bring different backgrounds, experiences, and perspectives to the table.

Ms. Schubert has litigated more than one hundred privacy and data-breach actions nationwide, with extensive experience managing complex discovery, dispositive motions, and class settlements.

***Francesca Kester Burne***. Ms. Burne is a nationally recognized class action attorney with experience in data privacy and security, consumer protection, environmental disasters, and defective product litigation. Known for her strategic acumen and well-respected advocacy, Ms. Burne has been integral to some of the most high-profile and high-impact class actions in recent years. A native of Scranton, Pennsylvania, Ms. Burne earned her J.D. from The Pennsylvania State University's Dickinson School of Law. During law school, she received top honors in national advocacy competitions, including the American Bar Association's National Appellate Advocacy Competition—where she earned the award for best legal brief—and the Texas Young Lawyers Association National Trial Competition, where she was a regional finalist. She also served as Executive Chair of the Dickinson Law Moot Court Board, Student Director of the Bethesda Mission Men's Shelter legal clinic, and founded Dickinson Law's partnership with Big Brothers Big Sisters. She completed a judicial internship with U.S. Magistrate Judge Martin C. Carlson in the U.S. District Court for the Middle District of Pennsylvania. Following law school, Ms. Burne clerked for two years for the Honorable James M. Munley, United States District Judge in the Middle District of Pennsylvania. She then joined a large plaintiffs' law firm, where she focused her national practice on complex litigation and class actions. She joined AWKO in January of 2026 with Ms. Martin and Mr. Pollack.

Ms. Burne has played a significant role in nearly all stages of class action litigation. Her significant recent work includes: *In Re: AT&T Inc. Customer Data Security Breach Litigation* (N.D. Tex.) ($177 million settlement for two consumer classes in two separate data breaches); *In re: Morgan Stanley Data Security Litigation* (S.D.N.Y.) ($68.2 million settlement for 15 million class members); *In re: Ambry Genetics Data Breach Litigation* (C.D. Cal.) (settlement exceeding $20 million for 230,000 patients); *In re: Capital One Consumer Data Security Breach Litigation* (E.D. Va.) ($190 million settlement); and *Hasemann et al. v. Gerber Products Co*. (E.D.N.Y.) (certified class action involving deceptive marketing of infant formula, settled on the eve of trial). Her current docket spans a broad array of high-impact litigation, including: *In re: Bio-Lab Class Actions* (N.D. Ga.) (consolidated environmental litigation stemming from a chemical plant fire); *In Re: Perry Johnson & Associates Medical Transcription Data Security Breach Litigation* (E.D.N.Y.) (data breach MDL involving a central vendor and multiple software customers); *Webb et al. v. CSX Transportation*, *Inc.* (E.D. Ky.) (counsel in environmental class action arising from chemical exposures and property damage following a train derailment); and *In re: Allergan Biocell Textured Breast Implant Products Liability Litigation* (D. N.J.) (consumer defective product MDL).

Ms. Burne is also a speaker on emerging legal issues in complex litigation. In 2025, she served as faculty at HarrisMartin's Data Breach Litigation Conference in Charlotte, NC, presenting on *Healthcare Data Privacy: What Makes These Cases Different*. In 2024, she spoke

at the Class of Our Own Women's Conference in Nashville, TN, and HarrisMartin's MDL Conference in New York, NY. She is a member of the American Association for Justice's Women's Law Caucus and New Lawyers Division, Public Justice, and a member of the Military Spouse J.D. Network.

Ms. Burne's achievements have earned her national recognition: Law360 Rising Star (2024) (one of only three attorneys nationwide honored for excellence in cybersecurity and data privacy); Daily Business Review's "On the Rise" Award (2025) (recognizing exceptional early-career lawyers in Florida); Lawdragon 500 X – The Next Generation (2025) (selection to the prestigious list of the legal profession's emerging leaders); The D. Arthur Magaziner Human Services Award (2017); and the Pennsylvania Bar Association's Joseph T. McDonald Memorial Award for academic and advocacy excellence (2017). Ms. Burne is admitted to practice law in Pennsylvania and Florida, as well as in numerous federal district and appellate courts nationwide.

***Sonum Dixit*** joined AWKO as Of Counsel working in its San Francisco office, where she works within the firm's Data Breach & Privacy Subdivision as part of AWKO's Consumer Litigation Division. Before joining the firm, Sonum was a litigation associate, where she co-managed her previous firm's portfolio of data privacy cases, evaluated large-scale consumer data breaches for litigation viability, and worked on shareholder derivative matters arising from corporate data security failures.

Before entering private practice, Sonum served as a judicial law clerk to the Hon. Jane B. Yohalem of the New Mexico Court of Appeals, and as an Attorney Advisor to the Hon. Evan H. Nordby at the U.S. Department of Labor's Office of Administrative Law Judges in San Francisco, where she drafted case decisions in federal workers' compensation and employment-related immigration matters. Sonum earned her Juris Doctor cum laude from the University of Arizona James E. Rogers College of Law, where she graduated in the top 20% of her class, earned a Certificate in Immigration Law and Policy, and served as Senior Note Editor for the Arizona Journal of Environmental Law and Policy. She holds a B.A. cum laude in Neuroscience from Amherst College.

***Christopher Pollack.*** Chris Pollack was born and raised in Florida. Mr. Pollack studied finance at the University of Central Florida, and then earned his law degree from the University of Michigan Law School. While in law school, Mr. Pollack worked on the Civil Rights Litigation Clearinghouse, and he earned Certificates of Merit in both Evidence and Jurisdiction & Choice of Law. Upon graduating, Mr. Pollack spent the first several years of his career as a judicial clerk, first spending 20 months with the Honorable Jeffrey J. Helmick in the U.S. District Court for the Northern District of Ohio, and then a year with the Honorable Robin S. Rosenbaum in the U.S. Court of Appeals for the Eleventh Circuit. Mr. Pollack has worked for law firms in D.C. and Michigan, representing businesses across the country and gaining experience that he now uses to advocate for consumers in class action litigation. Mr. Pollack is admitted to practice in Illinois, D.C., and Michigan.

## MULTIDISTRICT LITIGATION

Since AWKO's formation twenty-four years ago, courts around the country have appointed the firms' attorneys to leadership roles in product liability litigation, involving the claims of hundreds of thousands of plaintiffs, collectively. Bryan Aylstock served as Lead Counsel and lead trial counsel in multiple successful trial verdicts in the largest MDL in history: *In re: 3M Combat Arms Earplug Products Liability Litigation*, MDL. No. 2885 (N.D. Fla.), Judge M. Casey Rodgers, presiding. AWKO attorneys were appointed to key leadership positions in that litigation, including Lead Counsel on behalf of Plaintiffs; Executive Committee; Discovery & ESI Committee; Experts and Science Committee, and Settlement Committee. Ultimately, AWKO, together with Seeger Weiss, spearheaded the successful resolution of that MDL.

Other representative examples include:

- *In Re: Roblox Corporation Child Sexual Assault and Exploitation Litigation*, MDL 3166 (N.D. Ca.) (Co-Lead Counsel)
- *In Re: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation*, MDL 3140 (N.D. Fla.) (Co-Lead Counsel, PEC, PSC and Co-Chair of Science & Experts Subcommittee);
- *In Re: Oral Phenylephrine Marketing and Sales Practices Litigation*, MDL 3089 (E.D. NY) (PEC);
- *In Re: Ethicon, Inc., Pelvic Repair System Prods. Liab. Litig.*, MDL 2327 (S.D.W. Va.) (Coordinating Co-Lead Counsel and PEC) (overseeing MDLs 2187, 2325, 2326, 2327, 2387, 2440, 2511) and (Co-Lead, overseeing *In Re: Ethicon, Inc.*);
- *In Re: Mentor Corp. Obtape Transobturator Sling Prods. Liab. Litig.*, MDL 2004 (M.D. Ga.) (Co-Lead);
- *McLaughlin v. Bayer Essure, Inc., et al.,* 14-7315 (E.D. Pa.) (Co-Lead Counsel and PSC);
- *In Re: Abilify Prods. Liab. Litig.*, MDL 2734 (N.D. Fla.) (Liaison Counsel, PEC and Co-Chair of the Common Benefit Committee);
- *In Re: Zoloft (Sertraline Hydrochloride) Prods Liab. Litig.*, MDL 2342 (E.D. Pa.) (Multi-District Coordin. Counsel);
- *In Re: Effexor (Venlafaxine Hydrochloride) Prods. Liab. Litig.*, MDL 2458 (E.D. Pa.) (Co-Lead and Multi-District Coordin. Counsel);
- *In Re: Avandia Marketing, Sales Practices and Prods. Liab. Litig.,* MDL 1871 (E.D. Pa.) (Co-Lead; Advisory Committee, and Common Benefit Fee Committee);
- *In Re: Proton-Pump Inhibitor Prods. Liab. Litig.*, MDL 2789 (D.N.J.) (Co-Chair, PEC);
- *In Re: Elmiron (Pentosan Polysulfate Sodium) Prods. Liab. Litig.,* MDL 2973 (D.N.J.) (PEC);
- *In Re: Fluoroquinolone Prods. Liab. Litig.*, MDL 2642 (D. Minn.) (PEC);
- *In Re: Biomet M2a Magnum Hip Implant Prods. Liab. Litig.*, MDL 2391 (N.D. Ind.) (PEC);

- *In Re: Incretin Mimetics Prods. Liab. Litig.*, MDL 2452 (S.D. Cal.) (PEC);
- *In Re: Pradaxa (Dabigatran Etexilate) Prods. Liab. Litig.*, MDL 2385 (S.D. Ill.) (PEC);
- *In Re: Actos (Pioglitazone) Prods. Liab. Litig.*, MDL 2299 (W.D. La.) (PSC and Pl. Settlement Rev. Comm'ee);
- *In Re: Viagra Prods. Liab. Litig.*, MDL 1724 (D. Minn.) (PSC and Co-Lead Settlement Counsel);
- *In Re: Stryker Rejuvenate and ABGII Hip Implant Prods. Liab. Litig.*, MDL 2441 (D. Minn.) (PSC);
- *In Re: Ethicon, Inc. Power Morcellator Prods. Liab. Litig.*, MDL 2652 (D. Kan.) (PSC);
- *In Re: Xarelto (Rivaroxaban) Prods. Liab. Litig.*, MDL 2592 (E.D. La.) (PSC);
- *In Re: Zimmer NexGen Knee Implant Prods. Liab. Litig.*, MDL 2272 (N.D. Ill. (PSC);
- *In Re: Fleet Oral Sodium Phosphate Litig.*, MDL 2066 (N.D. Ohio) (PSC);
- *In Re: Trasylol Prods. Liab. Litig.*, MDL 1928 (S.D. Fla.) (PSC);
- *In Re: Paragard Prods. Liab. Litig.*, MDL 2974 (N.D. Ga.);
- *In Re: Recalled Abbott Infant Formula Prods. Liab. Litig.*, MDL 3037 (N.D. Ill.) (Co-Lead);
- *In re: Johnson & Johnson Sunscreen Marketing, Sales Practices and Prods. Liab. Litig.*, MDL 3015 (S.D. Fla.) (Co-Lead);
- *In Re: Hair Relaxer Marketing, Sales Practices, and Prods. Liab. Litig.*, MDL 3060 (N.D. Ill.) (PEC);
- *In Re: Tepezza Marketing, Sales Practices, and Prods. Liab. Litig.*, MDL 3079 (N.D. Ill.) (PEC);
- *In Re: Social Media Adolescent Addiction/Personal Injury Prods. Liab. Litig.*, MDL 3047 (N.D. Cal.) (PSC);
- *In re: Oral Phenylephrine Marketing and Sales Practice Litig.*, MDL 3089, (E.D.N.Y.) (PEC); and
- *In Re: Glugagon-Like Peptide-1 Receptor Agonsists (GLP-1 RAS) Prods. Liab. Litig.*, MDL 3094 (E.D. Pa.) (PEC).
- *Jane Doe, et al., v. Roblox Corporation, et al.,* 25-md-03166-RS (N.D. Ca.)

**CLASS ACTIONS**

AWKO attorneys have significant experience as lead or class counsel in class litigation in national and state class actions, including:

- In re: LexisNexis Risk Solutions Inc. Data Breach Litigation, 1:25-cv-02934-TRJ (N.D. Ga);
- *In Re: Oral Phenylephrine Marketing and Sales Practices Litigation*, MDL 3089 (E.D. NY);

- *Noakes, et al. v L'oreal USA, Inc.*, 1:24-cv-2735-AT (S.D. NY);
- *In re: Procter & Gamble Aerosol Products Marketing and Sales Practices Litig.*, MDL 3025, (S.D. Ohio);
- *In re: MCI Non-Subscriber Telephone Rates Litig.*, MDL 1275 (S.D. Ill.);
- *In re: America Online, Inc. Version 5.0 Software Litig.*, MDL 1341 (S.D. Fla.);
- *Begley v Ocwen Loan Servicing, LLC*, Case No. 3:16-cv-00149-MCR-CJK (N.D. Fla.)
- *Bowen v. Energizer Holdings, Inc.*, Case No. 20:21-cv-04356-MWF-AGR, (C.D. Cal.);
- *Williams v. Gulf Coast Pain Consultants, LLC*, 3:19-cv-01659-RV-HTC (N.D. Fla.);
- *Evans v. Church & Dwight Co., Inc.*, 1:22-cv-06301 (N.D. Ill.);
- *Bloomfield v. 3M Company*, 23-cv-01818-BTM-KSC (S.D. Cal.);
- *Ferguson v. S.C. Johnson & Son, Inc*, 1:23-cv-00436-NT (D. Me.);
- *Braman v. GPD HOLDINGS, LLC*, 1:23-cv-15656 (N.D. Ill.);
- *In re: Independent Living Systems Data Breach Litigation*, 1:23-cv-21060 (S.D. Fla.)
- *Ouellette v. Wal-Mart*, Circuit Court, Washington Co., Fla., Case No. 67-01-CA-32;
- *In re: DryClean USA Litig.*, Circuit Court, Dade Co., Fla., Case No. 02-27169-CA-27;
- *In re: Shell Defective Gas Litig.*, Circuit Court, Dade Co., Fla., Case No. 04-12297-CA-10; and
- *Hinote, et al. v. Ford Motor Company, et al.*, Circuit Court, Escambia Co., Fla., Case No. 2004-CA-01658;

AWKO attorneys have also litigated other federal and state class action cases, including:

- *In re: Microsoft Antitrust Litig.,* MDL 1332 (D. Md.);
- *In re: Hannaford Bros., Co. Customer Data Security Breach Litigation*, MDL 1954 (D. Me.)
- *Beringer vs. Certegy Check Services, Inc.*, 8:07-cv-01657 (M.D. Fla.)
- *In re: Honey Transshipping Litig.*, 13-cv-02905, (N.D. Ill.);
- *Cottrell, et al. v. Alcon Laboratories, et al.*, 3:14-cv-05859 (D.N.J.);
- *Gustavesen, et al. v. Alcon Laboratories*, 1:14-11961 (D. Mass.);
- *In Re: East Palestine Train Derailment*, 4:23-CV-00242 (N.D. Ohio) (PSC).
- *Zamora v. DeMert Brands, LLC.*, 0:22-cv-62054-AHS (S.D. Fla.);
- *Little v. Unilever United States, Inc.*, 3:22-cv-01189-MPS (D. Conn.);
- *Baker v. Baptist Hospital, Inc.*, Circuit Court, Santa Rosa County, Florida, No. *2010-CA-1591;*
- *Patel v. Citizens Property Ins. Corp.*, Circuit Court, Escambia County, Florida, No. 05-284;
- *Lowry v. Vanguard Fire & Cas. Co.*, Circuit Court, Santa Rosa County,

Florida, Case No. 05-674;

- *Dumas v. Jerico Pictures, Inc*., 0:24-cv-61502-DSL (S.D. Fla.); and
- *Sowa, et al. v Mercedes-Benz USA, LLC, et al.*, 1:23-cv-00636-SEG (N.D. Ga.)

AWKO attorneys present and publish nationwide on diverse topics pertinent to litigating complex, medical product liability cases, including ESI, general and specific discovery topics, legal issues, scientific and medical topics, as well as claims administration.